IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAIZA ROJAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EVANS COUNTY, GEORGIA,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 4:23-cv-127 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 7, 2023, Report and Recommendation, (doc. 11), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Defendant's Motion to Dismiss is **GRANTED**. (Doc. 6.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) Defendant's Motion to Stay is **DISMISSED** as moot. (Doc. 10.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 2nd day of August, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA