AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAIZA ROJAS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:  4:23-cv-127

EVANS COUNTY, GEORGIA,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated August 2, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court, and Defendant's motion to dismiss is granted.  Judgment is entered dismissing Plaintiff's case.  This case stands closed.

Approved by: _____

August 4, 2023
_____
*Date*

John E. Triplett, Acting Clerk
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03